**DISMISS and Opinion Filed August 12, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-01009-CV**

**SHUNDRA BARNES, Appellant**
**V.**
**SARAH APPLEWHITE, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03297-C**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Nowell

Appellant's brief in this case is overdue. By postcard dated June 21, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tᴇx. R. Aᴘᴘ. P. 38.8 (a)(1); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

231009F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SHUNDRA BARNES, Appellant

No. 05-23-01009-CV          V.

SARAH APPLEWHITE, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-23-03297-C.
Opinion delivered by Justice Nowell. Justices Molberg and Kennedy participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered August 12, 2024